696 A.2d 13

IN THE MATTER OF STEVEN JOEL RUBIN,
AN ATTORNEY AT LAW.

July 11, 1997.

## ORDER

The Disciplinary Review Board on June 6, 1997, having filed with the Court its decision concluding that **STEVEN JOEL RUBIN** of **CRANFORD**, who was admitted to the bar of this State in 1987, should be suspended from the practice of law for a period of one year for his violations of *RPC* 1.5(a) (unreasonable fee); *RPC* 1.5(b) (failure to reduce basis of fee to writing); *RPC* 1.5(e) (improper division of fees between lawyers without client's consent); *RPC* 5.5(b) (assistance to a non-lawyer in the unauthorized practice of law); and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation), and good cause appearing;

It is ORDERED that **STEVEN JOEL RUBIN** is hereby suspended from the practice of law for a period of one year, effective immediately, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.